MEMO ENDORSED

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDS SDNY
~~DOCUMENT~~
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-14-13

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2013

Application granted. SO ORDERED. USDJ 2-14-13

Via Electronic Mail
The Honorable ~~Ronnie Abrams~~ Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007
Abrams_NYSDChambers@nysd.uscourts.gov

Re: *United States* v. *One Saurolophus Angustirostris, et al.*
13 Civ. 857 ~~(RA)~~ (PKC)

Dear Judge ~~Abrams~~ Castel:

The Government writes to advise the Court that the above-referenced case is related to *United States* v. *One Tyrannosaurus Bataar Skeleton,* 12 Civ. 4760 (PKC) (the "Bataar Case") which is currently before the Honorable P. Kevin Castel, United States District Judge. Unfortunately, due to a clerical error, the appropriate notation was not made on the civil cover sheet accompanying the filing of the above referenced case.

The two cases are related because they both arise out of many of the same facts. In fact, the Saurolophus Angustirostris listed as the first Defendant in-rem in this matter was discussed within the verified complaint in the Bataar Case. Additionally, many of the Defendants in Rem in the instant action had been in the possession of Eric Prokopi. Eric Prokopi is a named Defendant in a criminal case in this District, *United States* v. *Eric Prokopi,* 12 Cr. 981 (AKH), and was a Claimant in the Bataar Case. Finally, Judge Castel is familiar with many of the facts giving rise to the instant action in that he has presided over the Bataar case since June of 2012. Therefore for the sake of judicial efficiency, the Government respectfully requests, pursuant to Local Rule 13, that the above referenced case be transferred to Judge Castel as a related case to the Bataar Case.

Additionally, due to a clerical error Exhibit A to the complaint in the above referenced case was inadvertently omitted from the Government's filing. Exhibit A is a one page letter from Dr. Mark Norell dated July 3, 2012 and is referenced in paragraph 15 on page 7. This Office contacted the Clerk's office regarding this matter and was advised that this Court can order that the Clerk's ~~Office~~ attach Exhibit A to the Complaint filed on February 5, 2013 in the above referenced matter. Accordingly, the Government respectfully requests that the Court so

order this letter and order the Clerk's Office to attach Exhibit A to the Complaint filed on February 5, 2013, and include Exhibit A in the official court file.

The Government apologizes for any inconvenience that may have been caused by these errors.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: ______________________
Sharon Cohen Levin
Martin S. Bell
Assistant United States Attorneys
Tel.: (212) 637-1060/2463

cc: The Honorable P. Kevin Castel (Via Facsimile, (212) 805-7949)

So Ordered:

______________________
Honorable Ronnie Abrams
United States District Judge

______________________
Date

# Exhibit A

AMERICAN MUSEUM of NATURAL HISTORY

3 July 2012

Dear Ms. Levin-

My name is Dr. Mark A. Norell and I am the chairman of the Division of Paleontology at the American Museum of Natural History. I am a dinosaur specialist, and I have conducted field work excavating fossils with the Mongolian Academy of Sciences in the Gobi Desert of Mongolia over the past 23 years.

The specimen currently up for auction (I.M. Chait sale NH1205, lot 218) is what appears to be a very well preserved skeleton of *Saurolophus angustirostris*. This species of dinosaur is only known from the Late Cretaceous (about 68 million years ago) Nemegt Formation of southern Mongolia. Its remains have been found nowhere else in the world. Also, the Nemegt Formation does not occur in any other country than Mongolia.

Although I have not had the opportunity to examine the specimen in person, the catalogue photograph identifies it as this species, and the bone color and preservation as can be discerned from the photograph, is typical of fossil bones found in Nemegt deposits in Mongolia. Mongolia has very strict laws concerning the export of fossil specimens. None of these have provisions for sale of dinosaurs. This specimen was undoubtedly excavated illegally and exported from Mongolia against their laws, and it should be returned to the Mongolian government.

Sincerely,

Dr. Mark A. Norell
Chairman and Curator
Division of Paleontology
norell@amnh.org